UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TERIEK WHITTAKER, <br>     Plaintiff, <br> v. <br><br> TRITON MARINE CONSTRUCTION CORPORATION, *et al.*, <br><br>     Defendants. | Case No. 23–cv–00078–ESK–SAK <br><br><br> ORDER |

**THIS MATTER** having been reported settled by the parties; and the Court having administratively terminated this matter for 60 days to permit the parties to file papers to terminate this matter, *see* Fed.R.Civ.P. 41(a)(1)(A)(ii) and Local Rule 41.1; and the 60-day period having passed without the Court having received the papers to terminate this matter

**IT IS** on this 3rd day of **February 2025 ORDERED** that:

    1.    The Clerk of the Court shall reopen this matter and make a separate docket entry reading "Civil case reopened."

    2.    This matter is **dismissed with prejudice**, and without costs pursuant to Fed.R.Civ.P. 41(a)(2).

                                                    */s/ Edward S. Kiel*
                                                    EDWARD S. KIEL
                                                    UNITED STATES DISTRICT JUDGE